## MORTGAGE.

BERGEN v. BENNETT, 1 C. C. E. 1.

*Redemption of Mortgaged Premises.    Power of Sale in a*
*Mortgage Deed.*

THIS was an appeal from a decision of Chancellor Lan-
sing, permitting Bennett, the respondent, to redeem lands sold
by Bergen, the appellant, at auction under a power of sale
contained in the mortgage.   The mortgage had been pur-
chased by him of the original mortgagee, and he became
the purchaser of the property at the sale.   The respondent
was the son of the mortgagor, who died in 1776, leaving
the respondent, then only fifteen years of age, his oldest son
and heir at law.   The property was sold in 1784, and bid
off by a third person as the agent of Bergen, to whom the
latter conveyed the premises, and who immediately re-con-
veyed them to the appellant.

The Chancellor held that the power of sale contained in
the mortgage expired with the life of the mortgagor, and
that his heir was not barred of his title by the execution of
the power after the death of his ancestor.   He therefore
decreed that he was entitled to redeem, and that an account
should be stated between the parties, &c.

The Court of Errors reversed this decision.   The opinion
of the court was delivered by Kent, J.   He says, " It is ad-
mitted that a naked authority expires with the life of the
person who gave it ; but a power coupled with an interest
is not revoked by the death of the grantor.   In my opinion
the power contained in the mortgage is of the latter descrip-
tion."   He also held, " That the heir was barred of the right
to redeem under the circumstances, having waited without
any legal disability sixteen years, and only when finding it
a gaining bargain, presenting himself to redeem."   The de-
cree of the Chancellor was reversed, and the bill to redeem
ordered to be dismissed with costs.